HARRISON R. VAN DUYNE, INCORPORATED, APPELLANT,
v. WILLIAM H. SENIOR, BUILDING INSPECTOR, AND
TOWN OF MONTCLAIR, RESPONDENTS.

Submitted May 26, 1928—Decided October 15, 1928.

For the appellant, *William H. Osborne.*

For the respondents, *George R. Beach* and *Albert C. Wall.*

Per Curiam.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Kalisch, Black, Katzenbach, Lloyd, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 12.

*For reversal*—None.